MARY MRULA, Appellant, v. PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent.—

Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.